UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICKIJO YOUNG,<br><br>        Plaintiff,<br><br>   v.<br><br>MIDLAND CREDIT MANAGEMENT, INC.,<br>        Defendant. | Case No.: 1:14-CV-00758- JLT<br><br>ORDER AFTER NOTICE OF SETTLEMENT<br><br>(Doc. 8) |

On September 29, 2014, Plaintiff notified the Court that the parties had reached a settlement of the matter. (Doc. 15) Pursuant to Local Rule 160, **IT IS HEREBY ORDERED**:

1. The stipulated request for dismissal **SHALL** be filed no later than **November 28, 2014**;
2. All pending dates, conferences and hearings are **VACATED** and any pending motions are ordered **TERMINATED**.

IT IS SO ORDERED.

Dated:   **September 30, 2014**                **/s/ Jennifer L. Thurston**
                                                                UNITED STATES MAGISTRATE JUDGE