# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICKIJO YOUNG,<br><br>          Plaintiff,<br><br>     v.<br><br>MIDLAND CREDIT MANAGEMENT, INC.,<br>          Defendant. | Case No.: 1:14-CV-00758- JLT<br><br>ORDER DISMISSING ACTION |

Pursuant to the parties' stipulation and joint request, IT IS HEREBY ORDERED that the action be dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with each party bearing its own costs and attorneys' fees.

Because this is a dismissal in full, the Clerk of the Court is DIRECTED to close this matter.

IT IS SO ORDERED.

Dated:  **November 26, 2014**          **/s/ Jennifer L. Thurston**
                                                                    UNITED STATES MAGISTRATE JUDGE